[No. 33176-4-II. Division Two. November 7, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY G. HAND, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-04956-7, Thomas Felnagle, J., entered March 25, 2005. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 33530-1-II. Division Two. November 7, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICIA JOANN WRZESIEN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 01-1-01290-1, Chris Wickham, J., entered June 10, 2005. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Hunt, JJ.

[No. 33604-9-II. Division Two. November 7, 2006.]

*In the Matter of the Detention of* LENIER RENE AYERS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 01-2-00713-4, John F. Nichols, J., entered July 6, 2005. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Hunt, JJ.

[No. 33701-1-II. Division Two. November 7, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY RONALD LAMPLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 05-1-00208-8, David E. Foscue, J., entered July 28, 2005. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Hunt, JJ. Now published at 136 Wn. App. 836.